# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2579
_____

STEVEN FICHTMAN and JOAN
FICHTMAN,

Appellants,

v.

ARTHUR IVAN JACOBS, JACOBS
AND ASSOCIATES, P.A., and
JACOBS, SCHOLTZ AND
ASSOCIATES, LLC,

Appellees.

_____

On appeal from the Circuit Court for Nassau County.
Steven Fahlgren, Judge.

May 30, 2018

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Steven Fichtman and Joan Fichtman, pro se, Appellants.

Robert B. George and Pamela H. Klavon, Jacksonville, for Appellees.